# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-964
Lower Tribunal No. CF20-009490-XX

———————————————

MICHAEL EDWIN WORLDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Polk County.
Catherine L. Combee, Judge.

February 13, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and SMITH, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Jonah K. Dickstein, Special Assistant Public Defender, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED